**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

|                                                      |   |                     |
|------------------------------------------------------|---|---------------------|
|                                                      | ) |                     |
| AGUDAS CHASIDEI CHABAD OF UNITED STATES,             | ) |                     |
|                                                      | ) |                     |
|                                                      | ) |                     |
| *Plaintiff-Appellee*,                                | ) |                     |
|                                                      | ) |                     |
| v.                                                   | ) | Case No. 23-7036    |
|                                                      | ) |                     |
| RUSSIAN FEDERATION; RUSSIAN MINISTRY OF CULTURE AND MASS COMMUNICATION; RUSSIAN STATE LIBRARY; and RUSSIAN STATE MILITARY ARCHIVE, | ) | |
|                                                      | ) |                     |
| *Defendants-Appellees*,                              | ) |                     |
|                                                      | ) |                     |
| TENEX-USA, INCORPORATED,                             | ) |                     |
|                                                      | ) |                     |
| *Appellant.*                                         | ) |                     |
|                                                      | ) |                     |

_____

### APPELLANT TENEX-USA'S STATEMENT OF ISSUES

In accordance with this Court's Order of March 28, 2023, Appellant Tenex-USA, Incorporated ("Tenex-USA") submits this non-binding statement of issues to be raised in this appeal:

1.  Whether this Court's consistent interpretation of the "expropriation" exception under the Foreign Sovereign Immunities Act ("FSIA"), 28 U.S.C. § 1605(a)(3)—that "a foreign state itself does not lose immunity . . . unless

the allegedly expropriated property is located in the United States"[1]—deprived the District Court of subject-matter jurisdiction as to claims against the Defendant Russian Federation?

2. Whether the FSIA deprived the District Court of subject-matter jurisdiction to order an injunction enforceable by contempt sanctions against a foreign sovereign and its agencies or instrumentalities concerning property located in the foreign sovereign's territory, as the United States has argued throughout this litigation?

3. Whether a judgment of monetary sanctions issued against a foreign sovereign held in civil contempt "relates to a judgment establishing rights in property which has been taken in violation of international law" within the meaning of the FSIA's "expropriation" exception from attachment or execution immunity, 28 U.S.C. § 1610(a)(3)?

---

[1] *Schubarth v. Germany*, 891 F.3d 392 (D.C. Cir. 2018) (emphasis added); *see also Philipp v. Germany*, 894 F.3d 406 (D.C. Cir. 2018); *De Csepel v. Hungary*, 859 F.3d 1094 (D.C. Cir. 2017); *Simon v. Hungary*, 812 F.3d 127 (D.C. Cir. 2016).

Dated:  April 27, 2023
       Washington, DC

Respectfully submitted,

**WHITE & CASE**LLP

/s/ *Carolyn B. Lamm*
Carolyn B. Lamm (D.C. Bar No. 221325)
Nicolle Kownacki (D.C. Bar No. 1005627)
Ena Cefo (D.C. Bar No. 1044266)
701 Thirteenth Street, NW
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355
clamm@whitecase.com
nkownacki@whitecase.com
ena.cefo@whitecase.com

*Counsel for Appellant*
*Tenex-USA, Incorporated*

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2023, a true and correct copy of the:

**DOCKETING STATEMENT;**
**CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES;**
**STATEMENT OF ISSUES;**
**UNDERLYING DECISION;**
**DEFERRED APPENDIX STATEMENT;**
**CORPORATE DISCLOSURE STATEMENT;**
**ENTRY OF APPEARANCE; AND**
**TRANSCRIPT STATUS REPORT**

by **APPELLANT TENEX-USA, INCORPORATED** was served by electronic filing on the following counsel of record:

Robert P. Parker
Steven Lieberman
Jennifer P. Nock
ROTHWELL, FIGG, ERNST &
MANBECK, P.C.
901 New York Ave NW Ste 900 E
Washington, DC 20001
Emails: rparker@rothwellfigg.com
slieberman@rothwellfigg.com
jnock@rothwellfigg.com

Nathan Lewin
Alyza Doba Lewin
LEWIN & LEWIN, LLP
888 17th Street, NW, 4th Floor
Washington, DC 20006
Emails: nat@lewinlewin.com
alyza@lewinlewin.com

*Counsel for Agudas Chasidei Chabad of United States*

Benjamin Thomas Takemoto
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883 Ben Franklin Station
Washington, DC 20044
Email: benjamin.takemoto@usdoj.gov

*Counsel for the United States of America*

David C. Tobin
TOBIN, O'CONNOR & EWING
5335 Wisconsin Ave NW Ste 700
Washington, DC 20015
Email: dctobin@tobinoconnor.com

Wesley W. Whitmyer, Jr.
WHITMYER IP GROUP LLC
600 Summer St
Stamford, CT 06901
Email: litigation@whipgroup.com

*Counsel for State Development Bank VEB.RF*

I further certify that on April 27, 2023, a true and correct copy of the foregoing

**DOCKETING STATEMENT;**
**CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES;**
**STATEMENT OF ISSUES;**
**UNDERLYING DECISION;**
**DEFERRED APPENDIX STATEMENT;**
**CORPORATE DISCLOSURE STATEMENT;**
**ENTRY OF APPEARANCE; AND**
**TRANSCRIPT STATUS REPORT**

by **APPELLANT TENEX-USA, INCORPORATED** was served by registered mail on each of the following parties:

Ministry of Justice of the Russian Federation
Attn: Hon. Konstantin Chuychenko, Minister
14 Zhitnaya Street
GSP-1 Moscow, Russia 119991

Ministry of Culture of the Russian Federation
Attn: Hon. Olga Lyubimova, Minister
7/6, Bldg. 1, 2, Malyy Gnezdnikovskiy Pereulok
Moscow, Russia 125993

Russian State Military Archive
Attn: Vladimir N. Kyzelenkov, General Director
29 Admiral Makarov Street
Moscow, Russia 12512

Russian State Library
Attn: Vadim Valerievich Duda, General Director
3/5, Vozdvizhenka Street, 2nd Entrance
Moscow, Russia 119019

/s/ *Carolyn B. Lamm*
Carolyn B. Lamm

2