# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 23-7036             **September Term, 2023**
FILED ON: AUGUST 6, 2024

AGUDAS CHASIDEI CHABAD OF UNITED STATES, A NON-PROFIT RELIGIOUS CORPORATION,
APPELLEE

v.

RUSSIAN FEDERATION, A FOREIGN STATE, ET AL.,
APPELLEES

TENEX-USA INCORPORATED,
APPELLANT

Consolidated with 23-7037

Appeals from the United States District Court
for the District of Columbia
(No. 1:05-cv-01548)

Before: SRINIVASAN, *Chief Judge*, WILKINS and CHILDS, *Circuit Judges*

### **J U D G M E N T**

These causes came to be heard on the record on appeal from the United States District Court for the District of Columbia and were argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the District Court's order be vacated and the cases be remanded for further proceedings, in accordance with the opinion of the court filed herein this date.

### **Per Curiam**

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

BY:     /s/

                              Daniel J. Reidy
                              Deputy Clerk

Date: August 6, 2024

Opinion for the court filed by Chief Judge Srinivasan.