<u>ORAL ARGUMENT NOT YET SCHEDULED</u>

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| AGUDAS CHASIDEI CHABAD OF UNITED STATES, ) *Plaintiff-Appellee*, ) v. ) RUSSIAN FEDERATION; RUSSIAN MINISTRY OF CULTURE AND MASS COMMUNICATION; RUSSIAN STATE LIBRARY; AND RUSSIAN STATE MILITARY ARCHIVE, ) *Defendants-Appellees*, ) TENEX-USA, INCORPORATED, ) *Appellant*. ) | Case No. 23-7036  Consolidated with No. 23-7037 |

## APPELLANT TENEX-USA'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO <u>MOTION TO DISMISS</u>

Pursuant to Federal Rule of Appellate Procedure 27(a)(3) and D.C. Circuit Rule 27(h), Appellant Tenex-USA, Incorporated ("Tenex-USA") respectfully moves this Court for a four-day extension of the current deadline for its Opposition to the Motion to Dismiss filed by Plaintiff-Appellee Agudas Chasidei Chabad of United States ("Chabad"). Tenex-USA's Opposition to Chabad's Motion to Dismiss is currently due to be filed by Monday, May 22, 2023. If the Court grants this

Motion, Tenex-USA's Opposition thus would be due on Friday, May 26, 2023, and Chabad's Reply on Friday, June 2, 2023. Tenex-USA has conferred with counsel for Chabad, and Chabad does not oppose this Motion for Extension.

Tenex-USA requests this extension due to several pre-existing conflicts during the 10-day period for preparing its Opposition. In particular, multiple members of the counsel team have been engaged in an arbitration hearing this week. In addition, several other members of the counsel team already had pre-arranged international travel during the week of May 16, 2023. Because of these conflicts, Tenex-USA requires additional time to confer with its client and co-Appellant and prepare its opposition.

For these reasons, Tenex-USA respectfully requests that this Unopposed Motion for Extension be granted, and that Tenex-USA be permitted to file its Opposition by Friday, May 26, 2023.

Dated: May 17, 2023
     Washington, DC

Respectfully submitted,

**WHITE & CASE** LLP

/s/ *Carolyn B. Lamm*
Carolyn B. Lamm (D.C. Bar No. 221325)
Nicolle Kownacki (D.C. Bar No. 1005627)
Ena Cefo (D.C. Bar No. 1044266)
701 Thirteenth Street, NW
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355
clamm@whitecase.com
nkownacki@whitecase.com
ena.cefo@whitecase.com

*Counsel for Appellant Tenex-USA, Incorporated*

## CERTIFICATE OF COMPLIANCE

This document complies with the type-volume limitation of Rule 27(d)(2)(A) of the Federal Rules of Appellate Procedure. This motion contains 208 words (as calculated by the automatic word count function of Microsoft Word), excluding the parts of the motion exempted by Rule 32(f) of the Federal Rules of Appellate Procedure.

This document complies with the typeface requirements of Rule 32(a)(5)(A) of the Federal Rules of Appellate Procedure and the type-style requirements of Rule 32(a)(6) of the Federal Rules of Appellate Procedure because this document has been prepared in a proportionally spaced typeface in 14-point Times New Roman font.

                                          */s/ Carolyn B. Lamm*
                                          Carolyn B. Lamm (D.C. Bar No. 221325)
                                          701 Thirteenth Street, NW
                                          Washington, DC  20005
                                          Telephone:  + 1 202 626 3600
                                          clamm@whitecase.com
                                          *Counsel for Appellant Tenex-USA, Incorporated*

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2023, a true and correct copy of the:

**MOTION FOR EXTENSION OF TIME**

by **APPELLANT TENEX-USA, INCORPORATED** was served by electronic filing on the following counsel of record:

Robert P. Parker
Steven Lieberman
Jennifer P. Nock
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
901 New York Ave NW Ste 900 E
Washington, DC 20001
Emails: rparker@rothwellfigg.com
slieberman@rothwellfigg.com
jnock@rothwellfigg.com

Nathan Lewin
Alyza Doba Lewin
LEWIN & LEWIN, LLP
888 17th Street, NW, 4th Floor
Washington, DC 20006
Emails: nat@lewinlewin.com
alyza@lewinlewin.com

*Counsel for Agudas Chasidei Chabad of United States*

Benjamin Thomas Takemoto
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883 Ben Franklin Station
Washington, DC 20044
Email: benjamin.takemoto@usdoj.gov

*Counsel for the United States of America*

David C. Tobin
TOBIN, O'CONNOR & EWING
5335 Wisconsin Ave NW Ste 700
Washington, DC 20015
Email: dctobin@tobinoconnor.com

Wesley W. Whitmyer, Jr.
WHITMYER IP GROUP LLC
600 Summer St
Stamford, CT 06901
Email: litigation@whipgroup.com

*Counsel for State Development Bank VEB.RF*

I further certify that on May 17, 2023, a true and correct copy of the foregoing

    **MOTION FOR EXTENSION OF TIME**

by **APPELLANT TENEX-USA, INCORPORATED** was served by registered mail on each of the following parties:

Ministry of Justice of the Russian Federation
Attn: Hon. Konstantin Chuychenko, Minister
14 Zhitnaya Street
GSP-1 Moscow, Russia 119991

Ministry of Culture of the Russian Federation
Attn: Hon. Olga Lyubimova, Minister
7/6, Bldg. 1, 2, Malyy Gnezdnikovskiy Pereulok
Moscow, Russia 125993

Russian State Military Archive
Attn: Vladimir N. Kyzelenkov, General Director
29 Admiral Makarov Street
Moscow, Russia 12512

Russian State Library
Attn: Vadim Valerievich Duda, General Director
3/5, Vozdvizhenka Street, 2nd Entrance
Moscow, Russia 119019

                               /s/ *Carolyn B. Lamm*
                               Carolyn B. Lamm